JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES LOEHR,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>COLONIAL VAN LINES INC, a Florida profit corporation, DOES I-X; *and* ROE CORPORATIONS XI-XX, *inclusive,*<br><br>　　　　*Defendants.* | Case No. 3:23-cv-00534-ART-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER<br>(SETTLEMENT CONFERENCE)** |

　　　　Plaintiff James Loehr ("Plaintiff"), by and through his attorney of record, Jason J. Bach, Esq., of The Bach Law Firm, LLC, and Defendant Colonial Van Lines Inc ("Defendant" collectively with Plaintiff as the "Parties"), by and through its counsel of record, Charlie H. Luh and Craig D. Slater, of Luh & Associates hereby stipulate to the following:

　　　　1.　　On September 30, 2025, the Court issued an Order Scheduling Settlement Conference [Dkt. No. 36] for the Parties along with their counsel to appear on January 28, 2026, at 9:00 a.m. before Magistrate Judge Craig S. Denney in Courtroom Number Two, at the Bruce R. Thompson U.S. Courthouse and Federal Building, located at 400 South Virginia Street, Reno, Nevada.

1

2. The Parties hereby agree and stipulate for counsel and the Parties to attend the January 28, 2026 Settlement Conference before Magistrate Judge Craig S. Denney via remote Zoom video conference.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 12th day of December, 2025. | DATED this 12th day of December, 2025. |
| **THE BACH LAW FIRM, LLC** | **LUH & ASSOCATES** |
| By /s/ Jason J. Bach<br>Jason J. Bach<br>Nevada Bar No. 7984<br>7881 West Charleston, Suite 165<br>Las Vegas, Nevada 89117<br>Telephone: (702) 925-8787<br>Facsimile: (702) 925-8788<br>Email: jbach@bachlawfirm.com<br>*Attorney for Plaintiff* | By /s/ Craig Slater<br>Charlie H. Luh<br>Nevada Bar No. 6726<br>Craig D. Slater<br>Nevada Bar No. 8667<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, NV 89147<br>Telephone: (702) 367-8899<br>Facsimile: (702) 384-8899<br>Emails: cluh@luhlaw.com<br>cslater@luhlaw.com<br>*Attorneys for Defendant* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Parties along with their counsel may attend the Settlement Conference set for January 28, 2026, at 9:00 a.m. before Magistrate Judge Craig S. Denney via remote Zoom video conference.

IT IS SO ORDERED.

Dated: December 15, 2025

_____
Craig S. Denney
United States Magistrate Judge