JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES LOEHR,

*Plaintiff,*

v.

COLONIAL VAN LINES INC, a Florida profit corporation, DOES I-X; *and* ROE CORPORATIONS XI-XX, *inclusive*,

*Defendants.*

Case No. 3:23-cv-00534-ART-CSD

**ORDER GRANTING STIPULATION FOR BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Plaintiff James Loehr ("Plaintiff"), by and through his attorney of record, Jason J. Bach, Esq., of The Bach Law Firm, LLC, and Defendant Colonial Van Lines Inc ("Defendant" collectively with Plaintiff as the "Parties"), by and through its counsel of record, Charlie H. Luh and Craig D. Slater, of Luh & Associates pursuant to the court's September 30, 2026 Minutes of Proceedings [Docket No. 53], the Parties hereby stipulate and agree, subject to the court's approval, to the following proposed briefing schedule regarding Plaintiff's Motion for Attorney's Fees:

Plaintiff's Motion for Attorney's Fees to be filed by **October 30, 2026**;

Defendant's Response to Plaintiff's Motion for Attorney's Fees to be filed by **November 13, 2026**; and

///

///

Plaintiff's Reply in Support of his Motion for Attorney's Fees to be filed by **November 27, 2026**.

IT IS SO STIPULATED.

DATED this 7th day of October, 2026.

**THE BACH LAW FIRM, LLC**

By *_/s/ Jason J. Bach_*
Jason J. Bach
Nevada Bar No. 7984
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff*

DATED this 7th day of October, 2026.

**LUH & ASSOCATES**

By *_/s/ Craig D. Slater_*
Charlie H. Luh
Nevada Bar No. 6726
Craig D. Slater
Nevada Bar No. 8667
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
Telephone: (702) 367-8899
Facsimile: (702) 384-8899
Emails: cluh@luhlaw.com
cslater@luhlaw.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this 8th day of October, 2026.

Anne R. Traum
United States District Court Judge